```
                                                    USDC SDNY
                                                    DOCUMENT ELECTRONICALLY
                                                    FILED
UNITED STATES DISTRICT COURT                        DOC#: _____
SOUTHERN DISTRICT OF NEW YORK                       DATE FILED: 3-5-21
```

------------------------------------------------------------------ x

UNITED STATES OF AMERICA,

                    Plaintiff,

                                                                                  19-CR-897 (ALC)

     -against-                                            20-CR-126 (LTS)

MALIK HOLLOWAY,                                 <u>ORDER</u>

                    Defendant.

------------------------------------------------------------------ x

**ANDREW L. CARTER, JR., District Judge:**

      A video Curcio Hearing is set for **March 9, 2021** at **9:00 a.m.** Members of the public and press may attend the hearing by dialing the audio-only line, at 1-855-268-7844, using Access Code 32091812# and Pin 9921299#.

**SO ORDERED.**

Dated:     New York, New York
             March 5, 2021

                                          _____
                                          **ANDREW L. CARTER, JR.**
                                            **United States District Judge**