UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x
                                    :
UNITED STATES OF AMERICA            :
                                    :
        -against-                   :         **ORDER**
                                    :
                                    :
    Malik Holloway                  :         19-CR-897 (ALC)/20-CR-126 (LTS)
                                    :         _____
                                    :         Docket #
------------------------------------x


<u>Andrew L. Carter, Jr.</u>, **DISTRICT JUDGE:**
        Judge's Name

The C.J.A. attorney assigned to this case
<u>Richard Ma</u> is hereby ordered substituted
        Attorney's Name

and the representation of the defendant in the above captioned

matter is assigned to <u>Scott B. Tulman</u>, NUNC-PRO-TUNC <u>3/9/21</u>.
                         Attorney's Name

                              SO ORDERED.

                              _____
                              *(signature)*
                              UNITED STATES DISTRICT JUDGE


        3/11/21
Dated:  New York, New York