UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x
                                    :
UNITED STATES OF AMERICA            :
                                    :
        -against-                   :           ORDER
                                    :
                                    :
  Malik Holloway                    :        19-CR-897 (ALC)/20-CR-126 (LTS)
                                    :        _____
                                    :           Docket #
------------------------------------x


__Andrew L. Carter, Jr._____, DISTRICT JUDGE:
        Judge's Name

The C.J.A. attorney assigned to this case
 Scott B. Tulman
_____ is hereby ordered substituted
        Attorney's Name

and the representation of the defendant in the above captioned

matter is assigned to __Kelley Sharkey_____, NUNC-PRO-TUNC _____.
                            Attorney's Name

                                    SO ORDERED.

                                    _Andrew L. Carter_____
                                    UNITED STATES DISTRICT JUDGE  3/23/21


          3/23/21
Dated:   New York, New York