UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x

UNITED STATES OF AMERICA

   -v-                                                             No. 20-CR-126-LTS

MALIK HOLLOWAY,

        Defendant.

--------------------------------------------------------x

## ORDER TO RESPOND

The Government is hereby ordered to respond in writing to Defendant's pending bail request (docket entry no. 241) no later than **November 16, 2021**.

      SO ORDERED.

Dated: New York, New York
       November 13, 2021

                                                       /s/ Laura Taylor Swain
                                               LAURA TAYLOR SWAIN
                                               Chief United States District Judge