UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | 20-Cr-126 (SHS) |
| -v- | : | ORDER |
| MALIK HOLLOWAY, | : | |
| Defendants. | : | |

------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

    IT IS HEREBY ORDERED that there will be a conference on December 16, 2022, at 4:00 p.m., in Courtroom 23A.

Dated: New York, New York
       December 1, 2022

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.