UNITED STATES DISTRICT COURT§
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

UNITED STATES OF AMERICA,  :   20-Cr-126 (SHS)

         -v-  :   <u>ORDER</u>

MALIK HOLLOWAY,  :

         Defendant.  :

------------------------------------------------------------x

SIDNEY H. STEIN, U.S.D.J.

      By letter dated August 14, 2024, defendant Malik Holloway filed a *pro se* motion which the Court construes as a petition pursuant to 28 U.S.C. § 2255 [Doc. No. 469]. He also filed a letter dated October 3, 2024 [Doc. No. 465], which the Court construes as a *pro se* motion to reduce his previously imposed sentence of 100 months for Conspiracy to Distribute and Possess with Intention to Distribute Narcotics (*see*, Judgment dated May 22, 2023) [Doc. No. 411] pursuant to 18 U.S.C. § 3582 (c)(2) on the grounds that defendant was sentenced based on a sentencing range that was subsequently lowered by the Sentencing Commission.

      Defendant has also filed a *pro se* motion dated October 2, 2024, seeking the deletion of a specific condition of supervised release from his Judgment [Doc. No. 466], which the Court assumes was the requirement for sex offender registration.

      IT IS HEREBY ORDERED that the government is directed to respond to these three motions on or before December 2, 2024.

      The Clerk of Court shall mail a copy of this Order to Malik Holloway [90647-053], USP Florence - High, U.S. Penitentiary, P.O. Box 7000, Florence, CO 81226.

Dated: New York, New York
       October 31, 2024

                                        SO ORDERED:

                                        Sidney H. Stein, U.S.D.J.