UNITED STATES DISTRICT COURT§
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

UNITED STATES OF AMERICA,  :  20-Cr-126 (SHS)

-v-  :  <u>ORDER</u>

MALIK HOLLOWAY,  :

          Defendant.  :

-----------------------------------------------------------x

SIDNEY H. STEIN, U.S.D.J.

    At the request of the government,

    IT IS HEREBY ORDERED that the government's time to respond to the defendant's motions [Doc. Nos. 465, 466, 469] is extended to January 9, 2025.

    The Clerk of Court shall mail a copy of this Order to Malik Holloway [90647-053], USP Florence - High, U.S. Penitentiary, P.O. Box 7000, Florence, CO 81226.

Dated: New York, New York
       December 19, 2024

                              SO ORDERED:

                              _____
                              Sidney H. Stein, U.S.D.J.