UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x

UNITED STATES OF AMERICA,  :  20-Cr-126 (SHS)

-v-  :  <u>ORDER</u>

MALIK HOLLOWAY,  :

        Defendant.  :

----------------------------------------------------------x

SIDNEY H. STEIN, U.S.D.J.

    IT IS HEREBY ORDERED that Steven Z. Legon is appointed to represent the defendant pursuant to the Criminal Justice Act in connection with his pending motions.

    The Clerk of Court is directed to mail a copy of this Order to Malik Holloway [90647-053], USP Beaumont, U.S. Penitentiary, P.O. Box 26030, Beaumont, TX 77720.

Dated: New York, New York
       May 1, 2025

                                SO ORDERED:

                                _____
                                Sidney H. Stein, U.S.D.J.