UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES OF AMERICA,           :          20-Cr-126 (SHS)

              -v-                              :          ORDER

MALIK HOLLOWAY,                       :

              Defendant.              :

-------------------------------------------------------x


SIDNEY H. STEIN, U.S.D.J.

 The Court has received defendant's letter request for a 60-day extension of time to file his reply to the government's opposition to his motions [Doc. 487]. The government has no objection to this request.

 IT IS HEREBY ORDERED that defendant's reply is due on or before September 2, 2025.


Dated: New York, New York
   June 25, 2025

SO ORDERED

_____
SIDNEY H. STEIN
U.S.D.J.