STEVEN Z. LEGON

*Attorney At Law*
20 VESEY STREET, SUITE 400
NEW YORK, NEW YORK 10007

Tel. (212) 791-0613 • Cell (917) 803-8281
slegon@aol.com

August 22, 2025

Hon. Sidney H. Stein                              **MEMO ENDORSED**
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

Re: *United States v. Malik Holloway*, Docket No. 20-Cr-126 (SHS)

Dear Judge Stein:

The purpose of this letter motion is to request an additional 60 day extension of time for counsel to file a reply to the government's opposition [Doc. No. 474] to Malik Holloway's pending motions and to raise any other arguments that counsel deems appropriate, which is presently due on September 2, 2025. Counsel has made one previous request for an extension of time that was granted by the Court on June 25, 2025.

Since counsel received a 60 day extension of time on June 25, 2025, counsel has still not received any mail correspondences that Malik Holloway claims to have sent to counsel's office, and likewise, Malik Holloway relates that he still has not received any mail correspondences that counsel has mailed to him at USP Beaumont, where he is presently incarcerated. In addition, Malik Holloway relates that as recently as approximately three weeks ago, he mailed a *pro se* letter to the Court, with a copy to counsel, which each contained USPS tracking numbers that he purchased at the prison with his commissary funds. However, counsel never received any such letter from Malik Holloway, and is unaware of the Court receiving any such letter.[1] The ongoing inability of Malik Holloway to be able to communicate with counsel via mail, and vice versa, has been very problematic.

Additionally, counsel's efforts to schedule and conduct attorney/client legal calls with Malik Holloway continue to be frustrated by the BOP. To date, counsel has been able to engage in just three additional attorney/client legal phone calls with Malik Holloway, since June 25, 2025, despite numerous email requests, follow-up emails, and telephone conversations with various prison BOP

---

[1] Upon checking the tracking numbers provided by Malik Holloway on the USPS tracking web site, counsel received the following message: "*Label Created, not yet in system. A status update is not yet available on your package. It will be available when the shipper provides an update or the package is given to USPS. Check back soon.*"

Counselors and staff members. It has been explained to counsel by Malik Holloway's Counselors that legal calls are limited to one hour in duration, that scheduled slots for legal calls are limited, and that legal calls are scheduled on a first come / first served basis among all of the inmates at USP Beaumont.[2] However, on several occasions, legal calls have, in fact, been scheduled, but never took place, without any explanation to counsel.

Counsel arranged for a legal call to be scheduled for June 26, 2025, but that call did not take place, nor did counsel receive any notification or explanation. Upon counsel's follow-up with Malik Holloway's Counselor, the call was re-scheduled for June 30, 2025. However, the re-scheduled call was received 52 minutes late, again without any notice or explanation. By the time the call was received - - almost an hour late - - counsel was in transit to his office, and had to exit the subway in order to take the legal call on the street, without the benefit of notes or documents to refer to. After the legal call concluded, counsel spoke with Malik Holloway's Counselor who apologized for the inconvenience. She also informed counsel that legal calls at the institution are in high demand and scheduled on a first come/first served basis, and that there were no available slots until the week of July 14, 2025. The Counselor further stated that she would reach out to counsel by the end of the week with prospective dates to schedule another legal call, but that never happened.

On July 16, 2025, counsel sent an email request to schedule a legal call. Subsequently, there were emails back and forth, and counsel was asked to confirm his availability for a specific date/time (July 22, 2025 at 1:30 p.m. CST). Counsel confirmed. However, yet again, counsel waited for a legal call that was never placed. Counsel was then unavailable during the next 10 days due to summer travel plans. On August 1, 2025, counsel requested two separate legal calls, each for one hour in duration. That request was granted, but counsel was required to wait two and three weeks, respectively, for the legal calls, which were scheduled for August 14th and August 22, 2025.

During the two most recent legal calls which took place on August 14th and August 22, 2025, Malik Holloway was unable to engage in meaningful discussions with counsel regarding his pending motions, because as related by Malik Holloway, all of his legal materials and notes were lost in transit by BOP staff during his movement from one unit to another. As a result, it proved very difficult for Malik Holloway to be able to articulate his thoughts about legal arguments that he wished to address with counsel, without the benefit of being able to refer to his legal materials.[3]

Additionally, during this morning's scheduled one hour legal call, Malik Holloway was afforded only 10 minutes of privacy, at the beginning of the call. During the remaining 50 minutes, Malik Holloway was not afforded privacy, as his Counselor sat in the same room as him, while he spoke with counsel. The explanation given was (1) that the legal call was scheduled with a different Counselor from Malik Holloway's old unit before he was transferred to the new unit; (2) that the scheduled legal phone call only came to the attention of the new Counselor earlier this morning; (3)

---

[2] 1,348 inmates at USP Beaumont according to BOP web site updated on August 21, 2025. (See, https://www.bop.gov/about/statistics/population_statistics.jsp)

[3] Counsel printed out and mailed replacement documents to Malik Holloway (with tracking) on August 18, 2025, but these documents have not yet been delivered, according to the USPS tracking web site.

that the new Counselor wanted to accommodate the legal call, but did not realize that it was scheduled for an hour in length; and (4) that the new Counselor could permit only a few minutes of complete privacy, because she needed to her office - where the legal call was taking place - in order to do her work. Reluctantly, Malik Holloway and counsel agreed to continue the legal call, but it was significantly limited, as Malik Holloway was understandably uncomfortable and inhibited under the circumstances, and counsel resorted to asking Malik Holloway mostly yes/no questions for the remainder of the call.

Finally, counsel intends to submit a request to the administration at USP Beaumont for an in-person legal visit with Malik Holloway, which requires a formal background check, and upon approval, counsel intends to submit a request for authorization to travel to USP Beaumont, so that counsel may be able to engage in productive interaction with Malik Holloway. In light of all of the difficulties that have been encountered thus far, counsel is of the belief that an in person legal visit would be the most efficient means for counsel to obtain all of the information necessary to be able to file a reply to the government's opposition to Malik Holloway's pending motions and to raise any other arguments that counsel deems appropriate.

As a result of the foregoing, counsel requests another 60 day extension of time to file a reply to the government's opposition to Malik Holloway's pending motions and to raise any other arguments that counsel deems appropriate.[4]

A.U.S.A. Adam Hobson has been informed of counsel's intention to file this application, and he has no objection to counsel's request for a 60 day extension of time, on behalf of the government.

cc: A.U.S.A. Adam Hobson (By E.C.F.)

Respectfully,

*Steven Z. Legon*

Steven Z. Legon

**Defendant's reply is due on or before November 3, 2025.**

**Dated: New York, New York**
**August 25, 2025**

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.

---

[4] In addition to the facts set forth above, counsel's request for an additional 60 day extension is based upon his upcoming trial schedule, which includes preparation and engagement in a homicide trial in New York County Supreme Court, in the matter of People v. Gianluca Bordone, Ind. No. 72572/2024, which is scheduled to begin on September 22, 2025, and is estimated to last approximately three weeks.

3