UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------

UNITED STATES OF AMERICA

v.

MALIK HOLLOWAY,

                Defendant.

------------------------------------------------------

20-cr-126 (SHS)
24-cv-8281 (SHS)

ORDER

SIDNEY H. STEIN, U.S. District Judge.

The Court has received counsel's letter motion requesting an extension of time in which to file a reply (Dkt. No. 495) to the government's opposition to Holloway's pending motions (Dkt. Nos. 465, 466, 469, and 480). This is counsel's fourth such request. (*See* Dkt. Nos. 487, 490, 492.)

Counsel's motion is granted and the deadline to file a reply is extended 45 days to Thursday, February 26, 2026. No further such extensions will be granted.

Dated: New York, New York
       January 13, 2026

SO ORDERED:

Sidney H. Stein, U.S.D.J.