S T E V E N   Z .   L E G O N

ATTORNEY AT LAW

20 VESEY STREET • SUITE 400
NEW YORK, NEW YORK 10007

TEL. (212) 791-0613
CELL (917) 803-8281
slegon@aol.com

February 24, 2026

**MEMO ENDORSED**

By E.C.F.

Hon. Sidney H. Stein
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

Re: *United States v. Malik Holloway*, Docket No. 20-Cr-126 (SHS)

Dear Judge Stein:

The purpose of this letter motion is to request one final extension of time of 15 days for counsel to file a reply to the government's opposition [Doc. No. 474] to Malik Holloway's pending motions and to raise any other arguments that counsel deems appropriate, which is presently due on February 26, 2026.  Counsel has filed four prior requests for extensions of time that were granted by the Court.

On January 13, 2026, the Court issued an Order granting counsel's most recent request.  Counsel is aware that the Court's Order stated that no further such extensions will be granted.  However, counsel simply was not able to travel to USP Beaumont during the 45 day period.  Counsel received approval from USP Beaumont for consecutive day attorney/client visits with Malik Holloway at USP Beaumont on the dates of January 27th and 28th, however, counsel was forced to cancel the scheduled visitation because counsel was unable to travel due to the major snowstorm that hit New York City on January 25th and 26th, 2026.  Thereafter, beyond counsel's ordinary schedule of court appearances and trial preparation, counsel was unable to plan travel to USP Beaumont during three separate weeks, that of January 21st, February 10th, and February 23rd, 2026, due to ongoing medical circumstances discussed in counsel's previous letter motion.[1]  Counsel also notes that this is the first extension of time requested by counsel that is not attributable in any way to the actions/inactions of the Bureau of Prisons.

---

[1] Counsel continues to suffer from an acute flare-up of a chronic medical condition, requiring bi-weekly opthalmologic imaging and treatment at NYP / Weill Cornell Medical Center, which has been the main obstacle and most significant contributing factor in counsel's lack of flexibility of schedule and inability to travel during the past 45 days.  However, after receiving positive medical news during counsel's last medical appointment, that the condition seems to be responding to treatment and improving, counsel reached out to Malik Holloway's Counselor at USP Beaumont to re-schedule in-person attorney/client visitation at the earliest possible date permitted by counsel's schedule.

The Court should be aware that counsel is currently booked to fly from New York City to Beaumont, Texas on March 3, 2026, for the purpose of approved in-person attorney/client visitation with Malik Holloway on the dates of March 4th and March 5th, 2026.

Counsel sincerely apologizes to the Court for the delay and any inconvenience that it may have caused. In light of the circumstances set forth above, counsel requests the Court's consideration of one final extension of 15 days to file a reply to the government's opposition to Malik Holloway's pending motions and to raise any other arguments that counsel deems appropriate.

A.U.S.A. Adam Hobson has been advised of counsel's intention to file this application, and has no objection on behalf of the government.

Respectfully,

*Steven Z. Legon*

Steven Z. Legon

cc: A.U.S.A. Adam Hobson (By E.C.F.)

Dated: New York, New York
February 25, 2026

**Defendant's submission is due on or before March 12, 2026.**

SO ORDERED.

_____
Sidney H. Stein, U.S.D.J.