UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

v.

MALIK HOLLOWAY,

Defendant.

20-cr-126 (SHS)

ORDER

---

SIDNEY H. STEIN, U.S. District Judge.

Defendant Malik Holloway, through counsel, seeks to withdraw his *pro se* motions seeking a sentence reduction pursuant to 18 U.S.C. § 3582(c)(2) (Dkt. No. 465) and an alteration of the conditions of his supervised release (Dkt. No. 466). (*See* Dkt. No. 501 at 1.) Holloway's request is granted and Dkt. Nos. 465 and 466 are dismissed.

Dated: New York, New York
        March 17, 2026

SO ORDERED:

Sidney H. Stein, U.S.D.J.