UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------x

UNITED STATES OF AMERICA,      :      20-Cr-126 (SHS)

     -v-                 :      ORDER

MALIK HOLLOWAY,           :

         Defendant.     :

-----------------------------------------------------------x

SIDNEY H. STEIN, U.S.D.J.

     Defendant has returned an executed waiver of the attorney-client privilege dated April 1, 2026 (Doc. No. 505). Accordingly,

     IT IS HEREBY ORDERED that:

     1.     Defendant's former counsel, Kelly J. Sharkey, shall submit an affidavit pursuant to the Court's Order (Doc. No. 504) "giv[ing] sworn testimony . . . addressing the allegations of ineffective assistance of counsel made by defendant on or before May 8, 2026;

     2.     The government shall file any further memorandum in opposition to defendant's petition on or before May 22, 2026; and

     3.     Defendant shall file any reply memorandum in further support of his petition on or before June 22, 2026.

     The Clerk of Court is directed to mail a copy of this Order to Malik Holloway [90647-053] at USP Beaumont, U.S. Penitentiary, P.O. Box 26030, Beaumont, TX 77720.

Dated: New York, New York
      April 7, 2026

                         SO ORDERED:

                         Sidney H. Stein, U.S.D.J.