

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

# MEMO ENDORSED

June 22, 2026

**By ECF**

The Honorable Sidney H. Stein
United States District Judge
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, NY 10007

**The request to extend the briefing schedule is granted.
The government's opposition is due by July 22, the
defendant's reply is due by August 21.** *No further extensions.*

**Dated: New York, New York**
      **June 22, 2026**
        **SO ORDERED:**

_____
Sidney H. Stein, U.S.D.J.

Re:    *United States v. Malik Holloway*, **20 CR 126 (SHS)**

Dear Judge Stein,

The Government writes with respect to the Order of the Court dated April 7, 2026 (the "Order") in which the Court set a further briefing schedule on the defendant's pending habeas corpus proceedings in the above-captioned case. The Government apologizes for its failure to submit a further opposition memorandum pursuant to the Order, which reflected an oversight on the part of the Government arising from the need to reassign responsibility for the case within the United States Attorney's Office. After conferring with Mr. Legon, appointed counsel to the defendant, and with his consent, the Government respectfully requests an extension of the dates set in the Order for the Government to submit any opposition memorandum and the defendant to submit any reply memorandum to July 22, 2026 and August 21, 2026, respectively. During the requested extension, the Government will confer with Ms. Sharkey, previously appointed counsel to the defendant, concerning her preparation of the affidavit that was contemplated in the Order.

Respectfully submitted,

JAY CLAYTON
United States Attorney

By: *Thomas John Wright*
_____
Thomas John Wright
Assistant United States Attorney
(212) 637-2295

cc: Steven Legon (Appointed Counsel to Defendant Malik Holloway) (by ECF)
    Kelley Sharkey (Previously Appointed Counsel to Defendant Malik Holloway) (by ECF)