**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

July 16, 2026

**BY ECF**
The Honorable Sidney H. Stein
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

MEMO ENDORSED

**Re: *United States v. Malik Holloway*, 20 Cr. 126 (SHS)**

Dear Judge Stein:

The Government writes on behalf of both parties to request that the Court adjourn the briefing schedule relating to defendant Malik Holloway's pending § 2255 motion by approximately four weeks to allow the Government a further opportunity to pursue an affidavit from prior counsel.

In Holloway's counseled § 2255 motion (Dkt. 501), he makes several specific claims of constitutionally ineffective assistance against his counsel, Ms. Kelley Sharkey, Esq., at the plea and sentencing phases of his case. For example, Holloway claims that: (1) he pleaded guilty only because Ms. Sharkey "assured him" and "promised" that he would receive a sentence of 78 months' imprisonment, which he did not (he received 100 months) (Dkt. 501 at 2, 4); (2) he pleaded guilty only because Ms. Sharkey "affirmatively misled" him into believing that the terms of his supervised release would not include a provision requiring him to comply with SORNA reporting requirements (Dkt. 501 at 6); and (3) Holloway "expressly directed" Ms. Sharkey to file a notice of appeal, but Ms. Sharkey failed to do so (Dkt. 501 at 7). The parties agree that an affidavit from Ms. Sharkey would greatly assist the Government in responding to—and the Court in evaluating—Holloway's § 2255 motion. That is why the Court ordered Ms. Sharkey to submit an affidavit by May 8, 2026. (Dkt. 506). But, to date, Ms. Sharkey has not submitted such an affidavit.

In recent weeks, the Government has made substantial efforts to contact Ms. Sharkey to inquire about the status of her affidavit; those efforts have not yet succeeded. The Government sent emails to Ms. Sharkey's email address on June 22, July 13, July 14, July 15, and July 16, 2026. The Government called Ms. Sharkey's cellphone on July 13, July 14, July 15, and July 16, 2026, and left voice messages. The Government also sent text messages to Ms. Sharkey's cellphone on July 14 and July 15, 2026, to which Ms. Sharkey has not yet replied. The Government has also reached out to members of the defense bar to inquire about Ms. Sharkey's contact information and whereabouts.

The Government and defense counsel agree that every effort should be made to contact Ms. Sharkey before briefing on Holloway's § 2255 motion proceeds without an affidavit from her. Accordingly, the parties request that the Court order the following:

- The Government to file a status report by August 5, 2026, advising on efforts to contact Ms. Sharkey and, if contact with Ms. Sharkey has been made, proposing jointly acceptable and revised deadlines for Ms. Sharkey's affidavit, the Government's opposition, and the defendant's reply;

- The Government to file its opposition by August 19, 2026 (assuming that Ms. Sharkey cannot be reached to provide an affidavit); and

- The defense to file its reply by September 18, 2026 (assuming that Ms. Sharkey cannot be reached to provide an affidavit).

The gov't is directed to continue attempting to contact Ms Sharkey including emails, texts and USPS mail to Ms Sharkey's office address and home and enquiries to the Federal Defenders, the CJA panel members and administrators, the Bar associations and others.

Respectfully submitted,

JAY CLAYTON
United States Attorney

By: [signature]
Joseph H. Rosenberg
Assistant United States Attorney

cc (by ECF): Steven Z. Legon, Esq.

7/16/26
So Ordered
Sidney H Stein
U.S.D.J.